# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENN WARRANTY CORPORATION,<br><br>    Plaintiff,<br><br>        v.<br><br>PAMELA EDWARDS,<br><br>    Defendant. | CIVIL ACTION NO. 3:17-CV-01860<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 20th day of February, 2018, **IT IS HEREBY ORDERED** that:

(1) Defendant Pamela Edwards' Motion to Change Venue (*Doc.* 11) to the Eastern District of Virginia is **DENIED**;

(2) Defendant Pamela Edwards' Motion to Dismiss (*Doc.* 9) Plaintiff Penn Warranty Corporation's Compliant (Doc. 1) is **DENIED**;

(3) Defendant has **twenty-one (21) days** from the date of entry of this Order to file an Answer to the Complaint.

                                                                         /s/ A. Richard Caputo

                                                                         A. Richard Caputo
                                                                         United States District Judge